```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

ERICK BLAIR d/b/a FOTOPIXELS                                    PLAINTIFF

       v.               Civil No. 05-6083

WORLD TROPICS PRODUCTIONS, INC.
d/b/a MISS HAWAIIAN TROPIC;
TANNING RESEARCH LABORATORIES
d/b/a/ HAWAIIAN TROPIC; TRENDS
INTERNATIONAL, INC.; and KEEVIN
TAYLOR                                                          DEFENDANTS

       v.

RITCHIE WELLS, Individually;
ERICK RITCHIE PRODUCTIONS,
an Arkansas Limited Liability
Company; and CARIBBEAN TAN
INTERNATIONAL, an Arkansas Limited
Liability Company                                    THIRD PARTY DEFENDANTS

       and

RITCHIE WELLS and CARRIBEAN TAN
INTERNATIONAL, an Arkansas Limited
Liability Company                                     COUNTER-CLAIMANTS AND
                                                      THIRD PARTY PLAINTIFFS

       v.

WORLD TROPIC PRODUCTIONS, INC. d/b/a
MISS HAWAIIAN TROPIC, and KEEVIN TAYLOR    COUNTER-DEFENDANT AND
                                           THIRD PARTY DEFENDANT

## O R D E R

Now on this 28th day of March, 2007, comes on for consideration the **Joint Motion To Dismiss With Prejudice Due To Settlement** (document #63) filed by World Tropic Productions, Inc.; Keevin Taylor; Ritchie Wells; Caribbean Tan International, LLC; and Erick Ritchie Productions, and the Court, being well and

sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and all claims filed by any of these moving parties against any other of these moving parties are hereby **dismissed with prejudice**.

The claims of Erick Blair against World Tropic Productions, Inc.; Tanning Research Laboratories; Trends International, Inc.; and Keevin Taylor, and the counterclaims of World Tropic Productions, Inc., against Erick Blair remain pending for trial.

**IT IS SO ORDERED.**

                                                 /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**