```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     HOT SPRINGS DIVISION
```

ERICK BLAIR d/b/a FOTOPIXELS                               PLAINTIFF

        v.              Civil No. 05-6083

WORLD TROPICS PRODUCTIONS, INC.
d/b/a MISS HAWAIIAN TROPIC;
TANNING RESEARCH LABORATORIES
d/b/a/ HAWAIIAN TROPIC; TRENDS
INTERNATIONAL, INC.; and KEEVIN
TAYLOR                                                    DEFENDANTS

## O R D E R

Now on this 28th day of March, 2007, comes on for consideration **World Tropic Productions, Inc.'s Motion To Voluntarily Dismiss Counterclaims In Part** (document #64), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and World Tropic's claims against Erick Blair, to the extent they relate to the "Miss Caribbean Tan International Calendar" or to interference with business expectancy, are hereby **dismissed.**

All other claims asserted by World Tropic as against Blair remain pending for trial.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**