## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### HOT SPRINGS DIVISION

ERICK BLAIR d/b/a FOTOPIXELS                                PLAINTIFF

        v.         Civil No. 05-6083

WORLD TROPICS PRODUCTIONS, INC.
d/b/a MISS HAWAIIAN TROPIC;
TANNING RESEARCH LABORATORIES
d/b/a/ HAWAIIAN TROPIC; TRENDS
INTERNATIONAL, INC.; and KEEVIN
TAYLOR                                                     DEFENDANTS

### O R D E R

Now on this 19th day of April, 2007, comes on for consideration **Plaintiff's Motion For Partial Summary Judgment On The Issue Of Who Took The Photographs** (document #57).

Plaintiff Erick Blair d/b/a Fotopixels ("Blair") alleges that the defendants are liable to him for copyright infringement relating to the use of various photographic images taken by Blair. Blair submits with the pending motion an Affidavit in which he avers that he took all of the images attached as exhibits to the Complaint. Defendants have not opposed the Motion, and in fact concede in document #105 that Blair took the images attached to the Complaint.

The Court, therefore, finds that **Plaintiff's Motion For Partial Summary Judgment On The Issue Of Who Took The Photographs** (document #57) should be, and same hereby is, **granted**. It will be taken as an established fact for all future purposes in this case that plaintiff Erick Blair took all of the photographic images

attached as exhibits to the Complaint.

**IT IS SO ORDERED.**

                              **/s/ Jimm Larry Hendren**
                              **JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**