IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**ERICK BLAIR**
**d/b/a FOTOPIXELS**

**Plaintiff**

v.

NO. 6:05-CV-06083-JLH

**WORLD TROPIC PRODUCTIONS, INC.**
**d/b/a Miss Hawaiian Tropic,**
**TANNING RESEARCH LABORATORIES,**
**INC. d/b/a Hawaiian Tropic,**
**TRENDS INTERNATIONAL, INC. and**
**KEEVIN TAYLOR**

**Defendants**

## ORDER OF DISMISSAL, WITH PREJUDICE

After considering the Motion to Dismiss filed by Plaintiff Erick Blair herein, together with the pleadings and motions and other submissions on file herein, and the advice of counsel that this matter has been fully and finally settled, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. This case is dismissed with prejudice, subject to the terms of the parties' Confidential Settlement Agreement, with this Court retaining jurisdiction over this matter for the enforcement of the Confidential Settlement Agreement.

2. Each party will bear their respective costs and expenses, including attorneys' fees.

_____
Gerald A. Coleman, Plaintiff's counsel

/s/ William T. Crowder
William T. Crowder, counsel for World
Tropic Productions, Inc, Keevin Taylor and
Trends International, Inc.

_____ 6-22-07
Joe D. Calhoun, counsel for
Tanning Research Laboratories, Inc.

_____
United States District Judge
June 22, 2007

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 2 2 2007

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK